IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRYSANTHIA LATIMORE,

   Plaintiff,

    v.

GATEWAY RETRIEVAL, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-286-TWT

ORDER

This is an action seeking damages under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Plaintiff's Motion for Default Judgment [Doc. 7]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Default Judgment [Doc. 7] is GRANTED in the amount of $10,617.31 in actual damages, $1,000.00 in statutory damages, and $5,715.00 in attorney fees. The state law claims and claims against the Doe Defendant are dismissed. The Clerk is directed to enter final judgment in favor of the Plaintiff.

T:\ORDERS\12\Latimore\r&r.wpd

SO ORDERED, this 4 day of March, 2013.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge